Derek S. Khanna (CA No. 308563)

202-643-2483
Derek.Khanna@kaddex.xyz

*Attorney for the Petitioner*
*Kaddex, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DMCA 17 U.S.C. § 512(h) SUBPOENA TO CLOUDFLARE, INC. | Case No.: _____ <br><br>**KADDEX, LLC'S REQUEST TO THE CLERK FOR THE ISSUANCE OF A SUBPOENA TO CLOUDFLARE, INC. PURSUANT TO 17 U.S.C. § 512(h) TO IDENTIFY ALLEGED INFRINGER** |

### KADDEX'S REQUEST TO CLERK FOR SUBPOENA ISSUANCE

1. Kaddex, LLC ("Kaddex"), by and through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to CloudFlare, Inc. ("CloudFlare") to identify an alleged infringer or infringers, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Subpoena"). A copy of the proposed Subpoena is attached as Exhibit 3 to the Declaration of Michael Williams ("Williams Decl.").

.

2. The requested Subpoena relates to infringing materials that Kaddex discovered on the websites <kaddex.com> and <ecko.finance>, which Kaddex is informed and believes are or were hosted by CloudFlare. The infringing materials include unauthorized copies of copyrighted images, owned solely and exclusively by Kaddex. Kaddex registered the images with the United States Copyright Office on January 25, 2022 (Registration No. VAu001490415). *See* Williams Decl., ¶ 7, Ex. 4.

3. Kaddex has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

(a) Kaddex has submitted a copy of the notifications required by 17 U.S.C. § 512(c)(3)(A). *See* Williams Decl., ¶¶ 3-4, Exs. 1-2.

(b) Kaddex has submitted the proposed Subpoena concurrently herewith. *See* Williams Decl., ¶ 6, Ex. 3.

(c) Kaddex has submitted a sworn declaration confirming the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code. *See* Williams Decl., ¶ 5.

*(Continued on the next page)*

4. Because Kaddex has complied with the statutory requirements, Kaddex respectfully requests:

(a) that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4).

(b) and return it to the undersigned counsel for service on CloudFlare.

DATED: March 10, 2023

**DEREK S. KHANNA**

/s/ *Derek S. Khanna*

Derek S. Khanna (CA No. 308563)

202-643-2483
Derek.Khanna@kaddex.xyz

*Attorney for the Petitioner*
*Kaddex, LLC*